**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**(337) 433-9403**

John Ezell Jackson
Attorney at Law
P. O. Box 1239
Lake Charles LA 70602

**REHEARING ACTION: August 2, 2017**

**Docket Number: 16   00881-CA**

**STEVEN ODSTRCIL**
**VERSUS**
**STATE FARM MUTUAL AUTO INS. CO.**

**Appealed from Jefferson Davis Parish Case No. C33515**

**BEFORE JUDGES:**

    **Hon. Ulysses Gene Thibodeaux**
    **Hon. Sylvia R. Cooks**
    **Hon. Elizabeth A. Pickett**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Steven Odstrcil** has this day been

    **DENIED.**

cc: John Edward Ortego, Counsel for the Appellee